UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
JUL 29 2016
AT 8:30_____M
WILLIAM T. WALSH CLERK

SAMUEL ROH,

    Plaintiff,

v.

SUNEEL SAWANT, et al.,

    Defendants.

Civil Action No. 13-2251 (MAS) (TJB)

**ORDER**

This matter comes before the Court on Plaintiff's second motion for default judgment against Defendants Suneel Sawant ("Mr. Sawant"), ATI Holding, and Advanced Technologies International Corp. ("Defendant Companies") (collectively, with Mr. Sawant, "Defendants"). (ECF No. 58.) Mr. Sawant filed opposition on January 19, 2016 (ECF No. 61), and Plaintiff replied (ECF No. 62). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 29th day of July 2016, **ORDERED** that:

1. Plaintiff's motion for default judgment is DENIED as to all Defendants; and

2. The Court will decide whether to impose alternative sanctions on Mr. Sawant at the conclusion of these proceedings.

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**