UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMUEL ROH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUNEEL SAWANT, et al.,<br><br>　　　　　Defendants. | Civil Action No. 13-2251 (MAS) (TJB)<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |

**THIS MATTER** comes before the Court upon the Report and Recommendation of the Honorable Tonianne J. Bongiovanni, U.S.M.J., filed on April 17, 2017 (ECF No. 82) with regard to Plaintiff Samuel Roh's ("Plaintiff") failure to prosecute his case. Having received no objections pursuant to Local Civil Rule 72.1(c)(2), having reviewed the Report and Recommendation and other documents on file in this matter, and for other good cause shown,

**IT IS** on this 16th day of May 2017, **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Bongiovanni filed on April 17, 2017 (ECF No. 82), is hereby ADOPTED as the findings of fact and conclusions of law of this Court.

2. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

3. The Clerk shall close this case.

　　　　　　　　　　　　　　　　　　　　　/s/ Michael A. Shipp
　　　　　　　　　　　　　　　　　　　　MICHAEL A. SHIPP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE